UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA C. AVILA, | Case No. 11-5113 BHS-KLS |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on the stipulated motion for remand. (ECF #19). After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

This Court recommends that on remand the Administrative Law Judge (ALJ) shall re-assess the medical source opinions of record and explain the weight given to such opinions. As appropriate, the ALJ may request that medical sources clarify their opinions. In addition, the ALJ shall re-assess Plaintiff's credibility in accordance with Social Security Ruling (SSR) 96-7p. The ALJ shall also re-assess Plaintiff's residual functional capacity and provide rationale with specific references to evidence of record in accordance with SSR 96-8p. The ALJ shall also re-

REPORT AND RECOMMENDATION - 1

assess whether Plaintiff has any past relevant work. Finally, if necessary, the ALJ shall obtain additional evidence from a vocational expert and follow SSR 00-4p.

Plaintiff is entitled to reasonable attorney fees, expenses, and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

The parties agree that Plaintiff will be afforded the opportunity to appear and testify at a supplemental hearing; Plaintiff may submit additional evidence and arguments on remand; and that those other aspects of the ALJ's prior decision not specifically addressed here are not affirmed.

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.** A proposed order accompanies this Report and Recommendation.

DATED this 22nd day of June, 2011.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2